# The Law Offices of Linda M. Tirelli PC

## 1100 Summer Street, Third Floor • Stamford, CT 06905
## Phone (203)653-2203 • Fax (914)946-0870 • Email WestchesterLegal@aol.com

-All correspondence and service MUST be addressed to the White Plains NY Office-

Linda M. Tirelli*

\* Admitted CT, USDCCT and SDNY

<u>White Plains, NY Office</u>
(By Appointment Only)
One North Lexington Avenue
11th Floor
White Plains, NY 10601
(914)946-0860

November 21, 2010

Hon Judge Drain
United States Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street'
White Plains, NY 10601

      RE:    **DEBTORS' COUNSEL CHANGE OF ADDRESS**
                **CASE #10-23622**

Dear Judge Drain and Whom it May Concern:

Please be advised that effective immediately, the undersigned debtors' attorney's address has changed. Please send all correspondence and service to the new address as follows:

Law Office of Linda M. Tirelli PC
The Gateway Building
1 North Lexington Avenue, 11th Floor
White Plains, NY 10601

All contact numbers and email address will remain the same.

Thank you for your attention to this matter.

                    Very truly yours,

                    <u>/S/ Linda M. Tirelli</u>
                    Linda M. Tirelli, Esq.
                    Debtors' Counsel



*The Law Offices of Linda M. Tirelli, designated as a Federal Debt Relief Agent by an Act of Congress and the President of the United States, proudly assists consumers seeking relief under the US Bankruptcy Code. Attorney Linda Tirelli is a proud and active member of the NACBA, devoted to the assistance of consumer debtors.